No. 314, Misc.  WHEATLEY *v.* IGOE, U. S. DISTRICT JUDGE.  Motion for leave to file petition for writ of mandamus denied without prejudice to petitioner to apply to the United States Court of Appeals for a writ of mandamus.

No. 620, Misc.  JOHNSON *v.* HANNAY, U. S. DISTRICT JUDGE.  Motion for leave to file petition for writ of mandamus denied.

No. 573, Misc.  FRAZIER *v.* WARDEN, LEWISBURG PENITENTIARY; and
No. 621, Misc.  EX PARTE HERZ.  Motions for leave to file petitions for writs of habeas corpus denied.

No. 610, Misc.  HURST *v.* LOONEY, WARDEN.  Motion for leave to file petition for writ of certiorari denied.

No. 66.  QUINN *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *David Scribner, Frank J. Donner, Arthur Kinoy* and *Allan R. Rosenberg* for petitioner. *Robert L. Stern,* then Acting Solicitor General, *Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 577.  UNITED STATES *v.* CALDERON.  C. A. 9th Cir. Certiorari granted. *Robert L. Stern,* then Acting Solicitor General, for the United States. *Joseph W. Burns* for respondent.

No. 650.  HOLLAND ET AL. *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari granted. *Peyton Ford* and *Sumner M. Redstone* for petitioners. *Solicitor General Sobeloff,*